| | |
|---|---|
| 1 | Henri E. Norris Esq. DC Bar #370646 |
| | Holland Law Firm |
| 2 | Attorney at Law |
| | 1970 Broadway Suite 1030 |
| 3 | Oakland, CA 94612 |
| 4 | Telephone: (510) 465-4100 |
| | Fax: (510) 465-4747 |
| 5 | Attorney for Debtor(s). |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                          Case No.: **10-40190**
                                                Chapter 13
LOPE G. OCHOA,

                                                **APPLICATION TO EXTEND TIME FOR**
         Debtor                                 **FILING BALANCE OF SCHEDULES,**
                                                **STATEMENT OF FINANCIAL AFFAIRS**
                                                **AND CHAPTER 13 PLAN**

The Debtor by and through his Counsel of Record now apply to the Court for an Order Extending the Time within which the Debtor must file his schedules, hereby represents:

1. This Chapter 13 bankruptcy was filed as a "skeleton" petition on **January 8, 2010** to stop a foreclosure sale on the property located at 17023 Sienna Ridge Drive San Diego, CA 92127.

2. The deadline to file the schedules is **January 22, 2010**.

3. This office will require additional time to allow the debtor to obtain required documents, which he has failed to produce timely as a result of his inability to locate the documents.

4. This office will require time to adequately review documents in order to respond appropriately.

For the foregoing reasons, the debtor and his counsel respectfully request that the Court enter the order granting Debtor until **February 10, 2010** to file his Schedules, Statement of Financial Affairs and Chapter 13 Plan.

Dated:        January 22, 2010

                                                            Respectfully Submitted


                                                            /s/Henri E. Norris, Esq.
                                                            Henri E. Norris, Esq.
                                                            Attorney for Debtor

-2-